

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00036-CV

Lisa M. **BRILL**,
Appellant

v.

The **STATE OF TEXAS**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2024-0149-AG
Honorable Robert E. Cadena, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Velia J. Meza, Justice

Delivered and Filed: April 9, 2025

DISMISSED FOR WANT OF JURISDICTION

Appellant, acting *pro se*, filed a notice of appeal stating her intent to appeal a January 9, 2025 order concerning child support. However, the clerk's record contains no appealable order.

Generally, unless authorized by statute, "an appeal may be taken only from a final judgment." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The appellate record does not contain a signed, written judgment. *See Farmer v. Ben E. Keith Co.,* 907 S.W.2d 495, 496 (Tex. 1995) ("The appellate timetable *does not* commence to run other than by a signed, written

order, even when the signing of such an order is purely ministerial") (emphasis in original); TEX. R. APP. P. 26.1.

On January 31, 2025, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant's response was due February 28, 2025. Appellant did not timely respond or otherwise explain how this court has appellate jurisdiction. Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3; *Lehmann v. Har-Con Corp.*, 39 S.W.3d at 195; *Ben E. Keith Co.,* 907 S.W.2d at 496.


PER CURIAM